JS - 6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON WAYNE NAILLIEUX, <br> Petitioner, <br> v. <br> JEFFREY BEARD, *et al.*, <br> Respondents. | Case No. CV 12-8755 JGB (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 2, 2014

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE